UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-194-F

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | ORDER TO DISPOSE |
| V. | ) | OF EVIDENCE |
| | ) | |
| WILLIAM EDWARD RAMSEY | ) | |

It appearing to the Court that during the investigation of the above-mentioned case, agents of the Drug Enforcement Agency and Wake County Alcohol Beverage Control seized items for use as possible evidence during any trial in this matter, specifically including one men's Rolex watch; and

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence;

Now, therefore, it is hereby ORDERED that the above-described watch be returned to the Defendant, his attorney, or a family member authorized to accept it on his behalf, and that all other evidence in the case be disposed of in accordance with applicable statutes and regulations governing disposal and/or utilization of such property by the investigating agencies.

This, the 2 day of July, 2015.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE