# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8669
Fax: 919-861-5555

**DATE:** March 16, 2018

**FROM:** Christopher Studley
U.S. Probation Officer

**SUBJECT:** RAMSEY, William David
Case No.: 5:14-CR-194-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On May 12, 2015, pursuant to a guilty plea to Maintaining a Place for the Purpose of Manufacturing, Distributing, and Using Marijuana, William David Ramsey appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 13 months imprisonment to be followed by 3 years supervised release.

The defendant was released from custody on July 1, 2016, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing and all drug screens have been negative. Additionally, he has paid all of the court-ordered fine ($50,000), and he has been on low intensity supervision since December 2016. His term of supervision is set to expire on June 30, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and AUSA Criminal Chief Robin Pendergraft advised that the U.S. Attorney's Office has no objections to the early termination request. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        3-16-18
Terrence W. Boyle                                         Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                                               Crim. No. 5:14-CR-194-1BO

**WILLIAM EDWARD RAMSEY**

     On July 1, 2016, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                               I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                                  /s/ Christopher Studley  
Michael C. Brittain                                         Christopher Studley  
Supervising U.S. Probation Officer                U.S. Probation Officer  
                                                          310 New Bern Avenue, Room 610  
                                                          Raleigh, NC 27601-1441  
                                                          Phone: 919-861-8669  
                                                          Executed On: March 16, 2018

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _16_ day of _March_, 2017.

                                                                              Terrence W. Boyle  
                                                                              U.S. District Judge